# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

In Re:                                        Case No. 19-56810

Chris Allen Carter, Jr.
                                              Chapter 7

Debtor.                                       Judge Jeffery P. Hopkins

### NOTICE OF MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY LOCATED AT 1585 ROSCOMMON DRIVE, PATASKALA, OH 43062

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, a Creditor herein, has filed a Motion for Relief from the Automatic Stay with respect to your real property located at 1585 ROSCOMMON DRIVE, PATASKALA, OH 43062, in this bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief from the automatic stay, or if you want the court to consider your views on the Motion, within 21 days from the service date of this motion, you or your attorney must:

File with the court a written response or an answer, explaining your position at:

> United States Bankruptcy Court
> 170 North High Street
> Columbus, OH 43215

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the deadline stated above.

You must also send a copy of your response either by the Court's ECF filing system or by U.S. Mail to:

Molly Slutsky Simons
Sottile and Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
bankruptcy@sottileandbarile.com
Counsel for Movant

Christopher Gallutia
7668 Slate Ridge Blvd
Reynoldsburg, OH 43068
gulltialaw@yahoo.com
Debtor's Counsel

William B. Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215
wlogan@lnlattorneys.com
Chapter 7 Trustee

Asst US Trustee (Col)
170 North High Street, Suite 200
Columbus, OH 43215
USTPRegion09.CB.ECF@usdoj.gov
Office of the US Trustee

Chris Allen Carter, Jr.
369 Dial Drive, Apt 1A
Columbus, OH 43213

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested.

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Movant

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Motion was served **electronically** on February 13, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on February 13, 2020 addressed to:

    Chris Allen Carter, Jr., Debtor
    369 Dial Drive, Apt 1A
    Columbus, OH 43213

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (0083702)
        Attorney for Creditor